JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EL, Society of the House of El (Waqf), religious and civic comity Pernell El/Trustee/Moorish Consul on behalf of the Heirs,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHARLES SCHARF, an individual; WELLS FARGO BANK, N.A., a California Corporation; BRUCE ROSE, an individual; CARRINGTON MORTGAGE LLC, a limited liability corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC. (MERS); LAWYERS TITLE Corporation,<br><br>　　　　　　　Defendants. | Case No. 2:21−cv−03137−AB−KES<br><br>**JUDGMENT** |

　　　Pursuant to the Court's August 25, 2021 Order granting the Motions to Dismiss filed by Charles Scharf, Wells Fargo Bank, Carrington Mortgage LLC, Mortgage Electronic Registration System Inc. (MERS), and Bruce Rose ("Defendants"),

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

//

//

1.

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff
2 take nothing and that Defendants shall have their costs of suit.
3
4 Dated: September 03, 2021    _____
5                              HONORABLE ANDRÉ BIROTTE JR.
                               UNITED STATES DISTRICT COURT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28